68      SHARON, Appellant, *v.* PUB. SER. COM.

Statement of Facts—Opinion of the Court. [75 Pa. Superior Ct.


## City of Sharon Appellant, *v.* The Public Service Commission.

Argued April 14, 1920.   Appeal, No. 113, April T., 1920, by City of Sharon, from the report and order of the Public Service Commission, Complaint No. C 1470, 1917, in the case of the City of Sharon v. The Public Service Commission, on appeal, and United Natural Gas Company, intervener.   Before PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ.   Affirmed.

OPINION BY LINN, J., July 14, 1920:

For the reasons stated in Vernon Township v. Public Service Commission, No. 103, April Term, 1920, ante p. 54, the order of the Public Service Commission in this case is affirmed, costs to be paid by appellant.

HENDERSON, J., dissents.